STEPHANIE M. HINDS (CABN 154284)
United States Attorney

THOMAS A. COLTHURST (CABN 99493)
Chief, Criminal Division

MAYA KARWANDE (CABN 295554)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7200
    FAX: (415) 436-7234
    Maya.Karwande@usdoj.gov

**FILED**

Jan 13 2023

Mark B. Busby
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 22-mj-71330 |
| Plaintiff, | [PROPOSED] DETENTION ORDER |
| v. | |
| CHRISTOPHER REYES COLIN, | |
| Defendant. | |

On October 14, 2022, defendant Christopher Reyes Colin was charged by Complaint with

Conspiracy to Distribute Methamphetamine, in violation of 21 U.S.C. 846 and 841(a)(1), (b)(1)(C). Mr.

Colin was arrested in Bakersfield and had his initial appearance on the Complaint in the Eastern District

of California.

    This matter came before the Court on January 12, 2023, for a detention hearing.  The defendant

was present by Zoom and consented to proceed by videoconference and was represented by Patrick

Aguirre.  Assistant United States Attorney Maya Karwande appeared for the government.  Pretrial

Service prepared a report and an addendum report in advance of the hearing and recommended that the

defendant be detained as a risk of flight. At the hearing, counsel submitted proffers and arguments

regarding detention.

Upon consideration of the facts, proffers and arguments presented, and for the reasons stated on the record, the Court finds by a preponderance of the evidence that no condition or combination of conditions will reasonably assure the appearance of the person as required.  Accordingly, the defendant must be detained pending trial in this matter.

The present order supplements the Court's findings and order at the detention hearing and serves as written findings of fact and a statement of reasons as required by Title 18, United States Code, Section 3142(i)(1).  As noted on the record, the Court makes the following findings as the bases for its conclusion:  The defendant has significant ties to Mexico – he is a citizen of Mexico, his parents live in Mexico, and he reported to Pretrial Services in the Eastern District of California that in the past three years he has visited his parents in Mexico three times.  The defendant has some ties to this district but they are not substantial.  The defendant therefore has an incentive to flee and a realistic place to go.  The defendant is not close with either of the proposed bond signors, and the Court does not believe either would exert moral suasion over him.  One of the proposed bond signors knows the defendant's parents but barely knows the defendant at all.  The other has known him for about a year.  These are not meaningful relationships.  These findings are made without prejudice to the defendant's right to seek review of defendant's detention, or file a motion for reconsideration if circumstances warrant it.

Pursuant to 18 U.S.C. § 3142(i), IT IS ORDERED THAT:

1.      The defendant be, and hereby is, committed to the custody of the Attorney General for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

2.      The defendant be afforded reasonable opportunity for private consultation with counsel; and

3.      On order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections facility in which the defendant is confined shall deliver the defendant to an authorized United States Marshal for the purpose of any appearance in connection with a court proceeding.

IT IS SO ORDERED.

1

2   DATED:      January 13, 2023

3                                                    _____
                                                     HONORABLE THOMAS S. HIXSON
4                                                    United States Magistrate Judge

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28